THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN SR., | CASE NO. C19-1484-JCC |
| Plaintiff, | ORDER |
| v. | |
| ADMINISTRATIVE OFFICE OF THE U.S. COURTS *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 6). Plaintiff Jerome Brown, Sr., appearing *pro se*, filed an application to proceed *in forma pauperis*. (Dkt. No. 1.) Judge Peterson found that the application is deficient, concluded that the proposed complaint fails to state a claim, and noted that Plaintiff has a history of filing frivolous lawsuits. (*See* Dkt. No. 6 at 1–3.) Plaintiff has not filed objections to Judge Peterson's report and recommendation, and the Court agrees with Judge Peterson's analysis. Accordingly, the Court ORDERS that:

1. The report and recommendation (Dkt. No. 6) is ADOPTED;
2. Plaintiff's IFP application (Dkt. No. 1) is DENIED;
3. The case is DISMISSED without prejudice; and
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and Judge Peterson.

1 DATED this 23rd day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1484-JCC
PAGE - 2